DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NORMA PENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-0466 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | ) ) | DATE:  February 25, 2010 |
| NORMA PENA, | ) ) | TIME:    8:45 A.M. JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 7, 2011, **may be continued to February 25, 2011 at 8:45 A.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court.  Defense counsel has recently received approval to hire an expert to help evaluate the case.  Due to the holidays, the defense expert has not yet had sufficient time to evaluate the case and prepare a report.  Defense counsel is hopeful this report may assist in the plea negotiations of the case.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: January 4, 2011                By:    /s/ Ian Garriques
                                                    IAN GARRIQUES
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: January 4, 2011                By:    /s/ Charles J. Lee
                                                    CHARLES J. LEE
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    NORMA PENA

## **O R D E R**

**The Court will agree to put it this far out on calendar, but at the hearing on February 25, 2011, Counsel are required to be ready to set the trial date.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   January 4, 2011                /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE