# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

 **FILED**

| | | |
|---|---|---|
| **United States of America** | ) | APR  5 2011 |
| **vs.** | ) **Case No.** 10CR0466 | CLERK, U.S. DISTRICT COURT |
| **Norma Pena** | ) | EASTERN DISTRICT OF CALIFORNIA |
| | ) | BY _____ DEPUTY CLERK |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Norma Pena _____, have discussed with _____ • Lydia J. Serrano _____, Pretrial Services
Officer, modifications of my release conditions as follows:

Adding the following condition of release: You shall participate in a program of medical or psychiatric
treatment including mental health treatment, and pay for costs as approved by the Pretrial Services Officer.

All previously ordered conditions of release not in conflict with the above to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    3/31/11          _____    3-31-11
Signature of Defendant     Date             Pretrial Services Officer  Date
Norma Pena                                   Lydia Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                                              4/5/2011
Signature of Assistant United States Attorney                        Date
Ian Garriques

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                              3/31/11
Signature of Defense Counsel                                         Date
Charles Lee

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on        4/5/11

☐ The above modification of conditions of release is *not* ordered.

_____                                              4/5/11
Signature of Judicial Officer                                        Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services